UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EFRAIN BATEN-PEREZ,

                Plaintiff(s),                17CV5931-LTS

    -v-

AK CAFÉ OF NY LLC ET AL.,

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

In light of the pending motion(s), the final pretrial conference scheduled for November 13, 2020, is rescheduled to **February 26, 2021, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
        November 9, 2020

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge