UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EFRAIN BATEN-PEREZ,

                Plaintiff(s),           17CV5931-LTS

    -v-

AK CAFÉ OF NY LLC ET AL.,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the pending motion(s), the final pretrial conference scheduled for February 26, 2021, is rescheduled to **May 21, 2021, at 11:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         February 17, 2021

                                      /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   United States District Judge