UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EFRAIN BATEN-PEREZ,

                         Plaintiff(s),                  17CV5931-LTS-DCF

        -v-

AK CAFÉ OF NY LLC ET AL.,

                         Defendant(s).
-------------------------------------------------------------X

## **ORDER**

      In light of the pending motion(s), the final pretrial conference scheduled for May 21, 2021, is

rescheduled to **September 17, 2021, at 11:00 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated:  New York, New York
        May 12, 2021

                                   /s/  Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               United States District Judge