UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

EFRAIN BATEN-PEREZ,

                              Plaintiff(s),                  17CV5931-LTS-DCF

      -v-

AK CAFÉ OF NY LLC ET AL.,

                              Defendant(s).
-------------------------------------------------------------X

## ORDER

In light of the recent decision, the final pretrial conference scheduled for September 17, 2021, is rescheduled to **January 14, 2022, at 11:30 a.m.** in Courtroom 17C.

SO ORDERED.

Dated:  New York, New York
         September 7, 2021

                                                            /s/  Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge