**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
EFRAIN BATEN PEREZ, *individually and on behalf of others similarly situated,*

                    *Plaintiffs*,

    -against-

AK CAFÉ OF NEW YORK, LLC (d/b/a BABYLON HOOKAH LOUNGE), ALIBABA'S TERRACE INC. (d/b/a ALI BABA'S TERRACE), ALI BABA'S TURKISH CUISINE INC. (d/b/a ALI BABA'S TURKISH CUISINE), and ALI RIZA DOGAN

                    *Defendants.*
--------------------------------------------------------X

Docket No.: 17-cv-5931 (LTS) (DCF)

**JUDGMENT**
**PURSUANT TO F.R.C.P. RULE 68**

      **WHEREAS**, on October 25, 2021, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants AK CAFÉ OF NEW YORK, LLC (d/b/a BABYLON HOOKAH LOUNGE), ALI BABA'S TERRACE INC. (d/b/a ALI BABA'S TERRACE), ALI BABA'S TURKISH CUISINE INC. (d/b/a ALI BABA'S TURKISH CUISINE), and ALI RIZA DOGAN (collectively, "Defendants"), extended to Plaintiff, EFRAIN BATEN PEREZ ("Plaintiff"), an offer of judgment against them, in the amount of Twenty Eight Thousand Seven Hundred and Fifty Dollars and No Cents ($28,750.00), inclusive of all costs and fees, including all attorneys' fees;

      **WHEREAS**, on November 7, 2021, Plaintiff accepted Defendants' Offer of Judgment;

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff and against Defendants in the amount of Twenty Eight Thousand Seven Hundred and Fifty Dollars and No Cents ($28,750.00).

Dated: New York, New York
       November 16, 2021

                                                  /s/ Laura Taylor Swain
                                                  HON. LAURA TAYLOR SWAIN, U.S.D.J.