UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EFRAIN BATEN PEREZ, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

AK CAFÉ OF NEW YORK, LLC (d/b/a BABYLON HOOKAH LOUNGE), ALIBABA'S TERRACE INC. (d/b/a ALI BABA'S TERRACE), ALI BABA'S TURKISH CUISINE INC. (d/b/a ALI BABA'S TURKISH CUISINE), and ALI RIZA DOGAN,

                *Defendants*.
------------------------------------------------------------X

Docket No.: 17-cv-05931 (LTS) (DCF)

## SATISFACTION OF JUDGMENT

**WHEREAS**, on November 16, 2021, this Court entered judgment in favor of Plaintiff, Efrain Baten Perez, and against Defendants, Ak Café of New York, LLC (d/b/a Babylon Hookah Lounge), Ali Baba's Terrace Inc. (d/b/a Ali Baba's Terrace), Ali Baba's Turkish Cuisine Inc. (d/b/a Ali Baba's Turkish Cuisine), and Ali Riza Dogan, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of Twenty Eight Thousand Seven Hundred and Fifty Dollars and No Cents ($28,750.00); and

**WHEREAS**, the judgment has been fully paid and the sum of $0.00 remains unpaid; and

**WHEREAS**, it is certified that there are no outstanding executions with any Sheriff or Marshall within the State of New York,

**THEREFORE**, satisfaction of said judgment is hereby acknowledged, and the said Clerk's Office is hereby authorized and directed to make an entry of satisfaction of judgment on the docket.

Dated: New York, New York
       January 17, 2022

By: _____
William K. Oates, Esq.
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

Sworn to before me on this
17th day of January, 2022

_____
Notary Public

MICHELLE MENA
Notary Public - State of New York
No. 01ME6420748
Qualified In Bronx County
My Comm. Expires Aug. 16, 2025